

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DAVID W. TAYLOR<br>FED. REG. #13549-074 | DOCKET NO. 10-CV-1444; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| WARDEN | MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus be **DENIED and DISMISSED WITH PREJUDICE.**

THUS DONE AND SIGNED at Alexandria, Louisiana, on this 16 day of December 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE